B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
### Southern District of Texas

In re    **Isaiah L. Harris, Jr.,**
         **Loretta E. Harris**
                                   Debtors

Case No. **08-33746-H1-13**

Chapter **13**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 230,470.00 | | |
| B - Personal Property | Yes | 6 | 68,551.49 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 173,606.18 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 31,527.99 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 282,751.52 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 6,066.26 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,863.62 |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| | | Total Assets | 299,021.49 | | |
| | | | Total Liabilities | 487,885.69 | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re  **Isaiah L. Harris, Jr.,**
       **Loretta E. Harris**
                                                            Debtors

Case No. __08-33746-H1-13__

Chapter __13__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 31,527.99 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 31,527.99 |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | 6,066.26 |
| Average Expenses (from Schedule J, Line 18) | 4,863.62 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 9,536.28 |

**State the following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 31,527.99 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 282,751.52 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 282,751.52 |

B6C (Official Form 6C) (12/07)

In re  **Isaiah L. Harris, Jr.,**
       **Loretta E. Harris**
       _____,
                       Debtors

Case No. __08-33746-H1-13_____

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>**0086 M Shipman, Tract 10, Acres 1.078, Oakwick Forest Estates, Section 2, Fort Bend County, Texas, more commonly referred to as 3610 Blackberry Circle, Missouri City, Texas 77459.** | Tex. Const. art. XVI, §§ 50, 51, Tex. Prop. Code §§ 41.001-.002 | 77,145.17 | 230,470.00 |
| **Household Goods and Furnishings**<br>**Sofa - $ 50.00**<br>**Love Seat - $15.00**<br>**Coffee Table - $ 20.00**<br>**Bookcase - $100.00**<br>**Location: 3610 Blackberry Circle, Missouri City TX** | Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(1) | 185.00 | 185.00 |
| **Stove - $ 50.00**<br>**Refridgerator - $100.00**<br>**Dishwasher - $50.00**<br>**Microwave Oven - $20.00**<br>**Pots & Pans - $50.00**<br>**Dishes & Glassware - $50.00**<br>**Flatware - $10.00**<br>**China & Crystal - $50.00**<br>**Table & Chairs - $75.00**<br>**China Cabinet - $50.00**<br>**Location: 3610 Blackberry Circle, Missouri City TX** | Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(1) | 505.00 | 505.00 |
| **Bed - $50.00**<br>**Dresser - $75.00**<br>**Chest Drawers - $50.00**<br>**Nightstand - $50.00**<br>**Clock - $10.00**<br>**Lamp - $10.00**<br>**TV - $20.00** | Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(1) | 265.00 | 265.00 |
| **Bed - $ 30.00**<br>**Desk - $ 40.00**<br>**Location: 3610 Blackberry Circle, Missouri City TX** | Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(1) | 70.00 | 70.00 |
| **Bed - $25.00**<br>**Dresser - $25.00**<br>**Lamp - $10.00**<br>**Desk - $40.00**<br>**TV - $15.00**<br>**Location: 3610 Blackberry Circle, Missouri City TX** | Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(1) | 115.00 | 115.00 |
| **Bathrooms consist of soap, towels & Linens, toilette articles, etc. - $50.00**<br>**Location: 3610 Blackberry Circle, Missouri City TX** | Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(1) | 50.00 | 50.00 |

__2__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (12/07) -- Cont.

In re  **Isaiah L. Harris, Jr.,**
       **Loretta E. Harris**                                                     Case No.  __08-33746-H1-13__
_____,
                              Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Dryer - $75.00**<br>**Freezer - $50.00**<br>**Garden Tools - $100.00**<br>**Electric Tools - $150.00**<br>**Hand Tools - $30.00**<br>**Lawn Mower - $50.00**<br>**Location: 3610 Blackberry Circle, Missouri City TX** | Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(1) | 455.00 | 455.00 |
| **Books, Pictures and Other Art Objects; Collectibles**<br>**Art - $50.00**<br>**Location: 3610 Blackberry Circle, Missouri City TX** | Tex. Const. art. XVI, §49; Tex. Prop. Code §§ 42.001(a), (d), 42.002 | 50.00 | 50.00 |
| **Wearing Apparel**<br>**Suits - $400.00**<br>**Shirts - $200.00**<br>**Pants - $200.00**<br>**Coats - $300.00**<br>**Shoes - $300.00**<br>**Location: 3610 Blackberry Circle, Missouri City TX** | Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(5) | 1,400.00 | 1,400.00 |
| **Suits - $200.00**<br>**Shirts - $50.00**<br>**Pants - $50.00**<br>**Coats - $20.00**<br>**Shoes - $20.00**<br>**Location: 3610 Blackberry Circle, Missouri City TX** | Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(5) | 340.00 | 340.00 |
| **Furs and Jewelry**<br>**Watch - $100.00**<br>**Rings - $100.00**<br>**Chain - $ 50.00**<br>**Cuff Links - $20.00**<br>**Location: 3610 Blackberry Circle, Missouri City TX** | Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(6) | 270.00 | 270.00 |
| **Watch - $10.00**<br>**Rings - $20.00**<br>**Location: 3610 Blackberry Circle, Missouri City TX** | Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(6) | 30.00 | 30.00 |
| **Annuities**<br>**Variflex Qualified Variable Annuity Account #******3234** | Tex. Ins. Code § 1108.051 | 23,732.64 | 39,116.76 |
| **Dearborn & Creggs**<br>**77 Sugar Creek Boulevard, Suite 590**<br>**Sugar Land, Texas 77478** | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans**<br>**Thrift Savings Plan #7098** | Tex. Prop. Code § 42.0021 | 640.33 | 640.33 |
| **The Federal Retirement Thrift Investment Board** | | | |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (12/07) -- Cont.

In re **Isaiah L. Harris, Jr.,** Case No. __08-33746-H1-13__
   **Loretta E. Harris**
,
Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Kelsey Seybol Health System 401(k) #7098** | **Tex. Prop. Code § 42.0021** | 0.00 | 178.00 |
| **AIG, Retirement** | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** **2000, Toyota, Sienna** Location: 3610 Blackberry Circle, Missouri City TX | **Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(9)** | 6,500.00 | 6,500.00 |
| **2004, Dodge, Stratus** Location: 3610 Blackberry Circle, Missouri City TX | **Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(9)** | 1,184.31 | 4,800.00 |
| **2005, Pontiac, Grand Am; VIN: 1G2NE52E35M227202** Location: 3610 Blackberry Circle, Missouri City TX | **Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(9)** | 568.91 | 9,525.00 |
| Total: | | 113,506.36 | 294,965.09 |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037  Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Isaiah L. Harris, Jr.,**  Case No. __08-33746-H1-13__
**Loretta E. Harris**
_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-2637** <br><br> **Chase** <br> **P.O. BOx 100018** <br> **Kennesaw, GA 30156-9104** | | H | **Various** <br><br> **Purchase Money Security** <br><br> **Merchandise - Circuit City** <br><br> Value $    **1,914.31** | | | | **1,914.31** | **0.00** |
| Account No. **xxxxx2174** <br><br> **Countrywide Home Loans, Inc.** <br> **P.O. Box 660094** <br> **Dallas, TX 75266-0694** | | J | **Home Equity Line of Credit - HELOC** <br><br> **0086 M Shipman, Tract 10, Acres 1.078, Oakwick Forest Estates, Section 2, Fort Bend County, Texas, more commonly referred to as 3610 Blackberry Circle, Missouri City, Texas 77459.** <br> Value $    **230,470.00** | | | | **15,070.20** | **0.00** |
| Account No. **xxxxx8696** <br><br> **Countrywide Home Loans, Inc.** <br> **P.O. Box 660094** <br> **Dallas, TX 75266-0694** | | J | **Deed of Trust - First Mortgage** <br><br> **0086 M Shipman, Tract 10, Acres 1.078, Oakwick Forest Estates, Section 2, Fort Bend County, Texas, more commonly referred to as 3610 Blackberry Circle, Missouri City, Texas 77459.** <br> Value $    **230,470.00** | | | | **128,524.20** | **0.00** |
| Account No. <br><br> **Oakwick Forest H.O.A.** <br> **3626 Ramble Creek** <br> **Missouri City, TX 77459** | | J | **Deed of Trust** <br><br> **0086 M Shipman, Tract 10, Acres 1.078, Oakwick Forest Estates, Section 2, Fort Bend County, Texas, more commonly referred to as 3610 Blackberry Circle, Missouri City, Texas 77459.** <br> Value $    **230,470.00** | | | | **900.00** | **0.00** |

__1__ continuation sheets attached

Subtotal (Total of this page)    **146,408.71**    **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re  **Isaiah L. Harris, Jr.,**  Case No. **08-33746-H1-13**
     **Loretta E. Harris**
                                                ,
                          Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx3234** <br><br> **Security Benefit** <br> **One Security Benefit Place** <br> **Topeka, KS 66636-0001** | | W | **Money Loaned** <br> **Variflex Qualified Variable Annuity Account #******3234** <br> **Dearborn & Creggs** <br> **77 Sugar Creek Boulevard, Suite 590** <br> **Sugar Land, Texas 77478** <br> Value $ **39,116.76** | | | | **14,625.69** | **0.00** |
| Account No. **xxxxxxx000-1** <br><br> **Smart Financial Credit Union** <br> **P.O. Box 920719** <br> **Houston, TX 77292-0719** | | J | **Money Loaned** <br> **2005, Pontiac, Grand Am; VIN: 1G2NE52E35M227202** <br> **Location: 3610 Blackberry Circle, Missouri City TX** <br> Value $ **9,525.00** | | | | **8,956.09** | **0.00** |
| Account No. **xxxxxxxxxxxx8131** <br><br> **U.S. Bank Corp.** <br> **P.O. Box 790** <br> **Saint Louis, MO 63179-0167** | | J | **July 1, 2004** <br> **Money Loaned** <br> **2004, Dodge, Stratus** <br> **Location: 3610 Blackberry Circle, Missouri City TX** <br> Value $ **4,800.00** | | | X | **3,615.69** | **0.00** |
| Account No. | | | <br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br> Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to  Subtotal  **27,197.47**   **0.00**
Schedule of Creditors Holding Secured Claims  (Total of this page)

                                                Total  **173,606.18**   **0.00**
                                        (Report on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                 Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Isaiah L. Harris, Jr.,**                                                                   Case No. **08-33746-H1-13**
          **Loretta E. Harris**
                                                                           ,
                                         Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                                                 **1**     continuation sheets attached

In re  **Isaiah L. Harris, Jr.,**  
      **Loretta E. Harris**  Case No. **08-33746-H1-13**

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxx-xx-7873<br><br>Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114-1294 | | J | 04; 07<br><br>Federal Income Taxes and Penalties | | | | 31,527.99 | 0.00 | 31,527.99 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    31,527.99    0.00    31,527.99

Total (Report on Summary of Schedules)    31,527.99    0.00    31,527.99

B6J (Official Form 6J) (12/07)

In re **Isaiah L. Harris, Jr.**
**Loretta E. Harris**
Debtor(s)

Case No. **08-33746-H1-13**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 2,142.07 |
| a. Are real estate taxes included? | Yes **X**   No ___ | |
| b. Is property insurance included? | Yes **X**   No ___ | |
| 2. Utilities: a. Electricity and heating fuel | | $ 475.00 |
| b. Water and sewer | | $ 0.00 |
| c. Telephone | | $ 78.00 |
| d. Other **See Detailed Expense Attachment** | | $ 51.26 |
| 3. Home maintenance (repairs and upkeep) | | $ 50.00 |
| 4. Food | | $ 250.00 |
| 5. Clothing | | $ 20.00 |
| 6. Laundry and dry cleaning | | $ 20.00 |
| 7. Medical and dental expenses | | $ 20.00 |
| 8. Transportation (not including car payments) | | $ 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 135.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 204.95 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 445.00 |
| e. Other **See Detailed Expense Attachment** | | $ 221.17 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other **Home Equity Line of Credit - Countrywide** | | $ 251.17 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other | | $ 0.00 |
| Other | | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 4,863.62 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**We do not reasonably anticipate a decrease in expenditures to occur within the year following the filing of this document. We are unsure whether an increase in expenditures shall occur within the year following the filing of this document.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 6,066.26 |
| b. | Average monthly expenses from Line 18 above | $ 4,863.62 |
| c. | Monthly net income (a. minus b.) | $ 1,202.64 |

**B6J (Official Form 6J) (12/07)**

**B6J (Official Form 6J) (12/07)**

In re **Isaiah L. Harris, Jr.**
**Loretta E. Harris**
Debtor(s)

Case No. **08-33746-H1-13**

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---|
| Garbage | $ 20.00 |
| Security | $ 31.26 |
| **Total Other Utility Expenditures** | $ 51.26 |

**Other Insurance Expenditures:**

| | |
|---|---|
| NTA (Disability Insurance) | $ 187.84 |
| Flood Insurance | $ 33.33 |
| **Total Other Insurance Expenditures** | $ 221.17 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re: **Isaiah L. Harris, Jr.**
**Loretta E. Harris**
Debtor(s)

Case No. **08-33746-H1-13**
Chapter **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **9** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **July 30, 2008**   Signature **/s/ Isaiah L. Harris, Jr.**
**Isaiah L. Harris, Jr.**
Debtor

Date **July 30, 2008**   Signature **/s/ Loretta E. Harris**
**Loretta E. Harris**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy