

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

ENTERED
04/26/2016

In Re: ISAIAH L. HARRIS Jr. and
LORETTA E. HARRIS §    Case No. <u>08-33746-H1-13</u>
§
§
Debtor(s).    §

## Order for Payment of Unclaimed Funds

Upon the application of LORETTA E. HARRIS and ISAIAH L. HARRIS Jr., seeking payment of $ 16,087.68 representing funds previously unclaimed by:

    SECURITY BENEFIT
    ONE SECURITY BENEFIT PLACE
    TOPEKA, KANSAS 66636-00001

An alleged creditor or debtor in the above-entitled case, and it appearing from the application and supporting documentation that Loretta E. Harris and Isaiah L. Harris, Jr. are entitled to the unclaimed funds, it is

    Ordered that the Clerk pay $16,087.68 to:

        Loretta E. Harris and Isaiah L. Harris Jr.
        3610 Blackberry Court
        Missouri City, Texas 77549-7010

Signed this 25 day of April, 2016.

_____
United States Bankruptcy Judge