Fill in this Information to identify the case:

Debtor 1 __Isaiah__ __Leaneu__ __Harris Jr.__
         First Name   Middle Name   Last Name

Debtor 2 __Loretta__ __Eleise__ __Harris__
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: Southern District of Texas

Case number: 08-33746-HJ-13

United States Courts
Southern District of Texas
FILED

OCT - 1 2024

Nathan Ochsner, Clerk of Court

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $ 16,087.68 |
|---|---|
| Claimant's Name: | Loretta E. Harris and Isaiah L. Harris Jr. |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 3610 Blackberry Circle Missouri City, TX 77459  isaiahloretta@yahoo.com  # 281-772-5080 |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

 Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

 Applicant has read Bankruptcy Local Rule 3011-1 and is providing the required supporting documentation with this application.

☐ Applicant is a representative of a deceased claimant's estate and is providing documentation demonstrating Applicant's authority to serve as the estate representative.

---

[1] The Claimant is the party entitled to the unclaimed funds.

[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.

[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

> Office of the United States
> Attorney Southern District of
> Texas *[Court enters address here]*

| | |
|---|---|
| **5. Applicant Declaration**<br>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date: *Sept. 21, 2024*<br><br>*[Signed: Isaiah L. Harry Jr.]*<br>Signature of Applicant<br><br>Printed Name of Applicant<br><br>Address:<br><br>Telephone:<br><br>Email: | **5. Co-Applicant Declaration (if applicable)**<br>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date: *Sept. 21, 2024*<br><br>*[Signed: Loretta E. Harries]*<br>Signature of Co-Applicant (if applicable)<br><br>Printed Name of Co-Applicant (if applicable)<br><br>Address:<br><br>Telephone:<br><br>Email: |
| **6. Notarization**<br>STATE OF **Texas**<br>COUNTY OF **Fort Bend**<br><br>This Application for Unclaimed Funds, dated **September 21, 2024** was subscribed and sworn to before me this **21** day of **September**, 20**24** by<br><br>**Isaiah L. Harris, Jr.**<br><br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL) Notary Public<br>**KIM CANNON**<br>My Notary ID # 132290527<br>Expires June 7, 2028<br>My commission expires: **June 7, 2028** | **6. Notarization**<br>STATE OF **Texas**<br>COUNTY OF **Fort Bend**<br><br>This Application for Unclaimed Funds, dated **September 21, 2024** was subscribed and sworn to before me this **21** day of **September**, 20**24** by<br><br>**Loretta E. Harris**<br><br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL) Notary Public<br>**KIM CANNON**<br>My Notary ID # 132290527<br>Expires June 7, 2028<br>My commission expires: **June 7, 2028** |

Application for Payment of Unclaimed Funds   Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

In re: §
 §
[Debtor(s)' Names], Isaiah L. Harris Jr § Case No. 08-33746-HI-13
 and § (Chapter 13)
Debtor(s). Loretta E. Harris §
 §

## CERTIFICATE OF SERVICE

This Certificate of Service is filed pursuant to paragraph 14J of the confirmed plan in this case. This Certificate of Service pertains to the transfer of property described in paragraph 14D of the confirmed plan (the "Property"). The confirmed plan and a copy of the order confirming the plan were mailed by both certified mail, return receipt requested, and by regular United States mail on [DATE] on each of the following:

(i) Any attorney representing the holder of any security interest against the Property who has filed a request for notice in this bankruptcy case.

(ii) The holder of any claimed secured by a security interest against the Property, (i) in accordance with FED. R. BANKR. P. 7004; and (ii) at the address for notice shown on any proof of claim filed by a holder.

Attached as Exhibit "A" is a listing of the names and addresses of each entity to whom notice was sent.

Signed on: Sept 21, 2024    _Isaiah L. Harris Jr._

[SIGNATURE BLOCK]

Southern District of Texas Chapter 13 Plan Form 14J (Last Revision November 22, 2017)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

In re: §
 §
[Debtor(s)' Names], Isaiah L. Harris § Case No. 08-33746-HJ-13
 and Jr. § (Chapter 13)
 Debtor(s). Loretta E. Harris §

## CERTIFICATE OF SERVICE

This Certificate of Service is filed pursuant to paragraph 14J of the confirmed plan in this case. This Certificate of Service pertains to the transfer of property described in paragraph 14D of the confirmed plan (the "Property"). The confirmed plan and a copy of the order confirming the plan were mailed by both certified mail, return receipt requested, and by regular United States mail on [DATE] on each of the following:

(i) Any attorney representing the holder of any security interest against the Property who has filed a request for notice in this bankruptcy case.

(ii) The holder of any claimed secured by a security interest against the Property, (i) in accordance with FED. R. BANKR. P. 7004; and (ii) at the address for notice shown on any proof of claim filed by a holder.

Attached as Exhibit "A" is a listing of the names and addresses of each entity to whom notice was sent.

Signed on: Sept. 21, 2024        Loretta E. Harris

[SIGNATURE BLOCK]