**United States District Court**
**P.O.Box 61010**
**Houston Texas 77208**

United States Courts
Southern District of Texas
F I L E D

DEC 1 6 2024

Nathan Ochsner, Clerk of Court

To Whom It May concern,

My name is Isaiah L. Harris, Jr. My wife is Loretta Harris.
We reside at:
3610 Blackberry Circle
Missouri City, Tx  77459

### Case # 08-33746-HI-13

My wife and I entered into Chapter 13 bankruptcy in June, 2008.
We successfully completed this case in June, 2013.
Emil R. Sargent was our attorney-of-record during the bankruptcy and it was our understanding that the Attorney-Client relationship was dissolved upon completion of our Bankruptcy. We have had not communication with Emil R Sargent post completion in 2013.

We recently received notification that there was an Order of Payment for Unclaimed Funds to us in the amount of **$16,087.68** from the bankruptcy court.
We never received these funds as it was sent to 3610 Blackberry Court instead of Blackberry Circle.

We are asking the court to reconsider releasing these funds to us.

My wife had a major stroke in March, 2023. She is fully disabled, and I am her full-time caregiver.
We both retired in December, 2023 because of her health challenges.

Any consideration given will be highly appreciated.

Sincerely,

*Isaiah L. Harris Jr.*

Isaiah L. Harris, Jr.
281-772-5080
isaiahloretta@yahoo.com